# PAWAR LAW GROUP P.C.

**ATTORNEYS AT LAW**

20 VESEY STREET SUITE 1410
NEW YORK NEW YORK 10007

**Robert Blossner**
**Vik Pawar**

TEL (212) 571 0805
FAX (212) 571 0938
www.pawarlaw.com

June 21, 2024

**BY ECF**
The Honorable Kenneth M. Karas
United States District Judge

Re:     *SoCap USA, Inc v. SO.CAP. S.R.L., et al*, 23-CV-7797 (KMK)

Dear Judge Karas:

I respectfully request a short adjournment to file plaintiff's First Amended Complaint ("FAC"). This is a first such request. Defense counsel consents.

The deadline is today June 21, 2024 and I request until June 25, 2024 to file the FAC.

Thank you.

Granted.
So Ordered.
6/21/24

Respectfully,

/s
Vik Pawar

Cc:   Defense counsel (by ECF)